STATE ex SCHWAB, Pros. Atty.
v PRICE et

Ohio Supreme Court

No. 21658. Decided June 12, 1929

Syllabus by ALLEN, J.

## CORPORATIONS

(160 Q) The rules and regulations of an Ohio corporation, made pursuant to 8704 GC not in contravention of any other statutory provisions, have all the force of contracts as between the corporation and its members and as between the members themselves, and provisions of such regulations stating the number of stockholders constituting a quorum are valid and binding. (State, ex rel. Webber,

v. Shaw et al., 103 Ohio St. 660, approved and followed.)

When the regulations of a corporation provide that "Three-fifths of all the stockholders shall constitute a quorum," the word "stockholders" means stockholders per capita and not stockholders in interest.

Jones, Matthias and Day, JJ., concur.